■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v IMMANUEL FLOWERS, Appellant. [947 NYS2d 886]

Contrary to the defendant's contention, he was not deprived of his right to the effective assistance of counsel, since the record as a whole demonstrates that he received meaningful representation (*see People v Benevento*, 91 NY2d 708, 712-713 [1998]; *People v Baldi*, 54 NY2d 137, 147 [1981]; *cf. People v Cyrus*, 48 AD3d 150, 159-161 [2007]).

However, the remarks of the sentencing court demonstrated that it improperly considered a crime that was dismissed at trial for lack of legally sufficient evidence as a basis for sentencing (*see People v Grant*, 94 AD3d 1139, 1141-1142 [2012]; *People v Harvey*, 76 AD3d 605, 606 [2010]; *People v Pacquette*, 73 AD3d 1088 [2010], *affd* 17 NY3d 87 [2011]; *People v Romero*, 71 AD3d 795, 796 [2010]; *People v Schrader*, 23 AD3d 585, 585-586 [2005]). Accordingly, the sentence must be vacated and the matter must be remitted to the Supreme Court, Kings County, for resentencing. Dillon, J.P., Belen, Austin and Sgroi, JJ., concur.